# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 17, 2014

## NO. 03-14-00425-CV

**Michael J. DeLitta; Axiom Medical Consulting, LLC; Axiom Professionals, LLC; Axiom Properties, LLC; and DelCom Properties, LLC, Appellants**

**v.**

**Nancy Schaefer, Appellee**

---

### APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD

---

This is an appeal from the judgment signed by the trial court on June 19, 2014. Having reviewed the record, the Court holds that appellants have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.